No. 88. *In re* ASSESSMENT OF TAXES, MARY A. RICHARDS. Appeal from Tax Appeal Court, First Taxation Division. Sub-

mitted February 23, 1904. Decided March 2, 1904. (1) Land on Vineyard Street, mauka side, between Nuuanu and Liliha, Kauluwela, Honolulu. Area 2.25 acres. Returned at $8000; assessed at $14000. Valued by Tax Court at $8000. (2) Improvements on land just described. Returned at $6500; assessed at $8000. Valued by Tax Court at $6500. Appeal by assessor. *Per Curiam*. Valuations appealed from affirmed. *Castle & Withington* for tax-payer. *Robertson & Wilder* for assessor.